UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*************************************
JANE DOE,                           *       C.A. No. 18-cv-11782-GAO
      Plaintiff                     *
                                    *       STIPULATION OF DISMISSAL
v.                                  *
                                    *
TOWN OF WAYLAND,                    *
      Defendant                     *
*************************************
```

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jane Doe and Defendant Town of Wayland hereby stipulate to dismiss with prejudice this action in its entirety, waiving all rights of appeal.  Each party shall bear its own costs.

                    The Plaintiff,
                    By her Attorneys,

/s/ Carmen L. Durso
Carmen L. Durso, Esq., (BBO #139340)
Law Office of Carmen L. Durso
175 Federal Street, Suite 1425
Boston, MA 02110-2287
617-728-9123 / carmen@dursolaw.com


/s/ Kristin M. Knuuttila
Kristin M. Knuuttila, #633828
KNUUTTILA LAW, LLC
175 Federal Street, Suite 1425
Boston, MA 02110-2287
617-600-3010 / kmk@knuuttilalaw.com


/s/ Sara Elizabeth Burns
Sara Elizabeth Burns, Esq., (BBO # 692115)
Law Office of Sara Elizabeth Burns
175 Federal Street, Suite 1425
Boston, MA 02110-2287
617-767-2710 / sara@seburnslaw.com

The Defendant,
By Its Attorney,

/s/ John J. Davis
John J. Davis, BBO #115890
John M. Wilusz, BBO #684950
PIERCE DAVIS & PERRITANO, LLP
10 Post Office Square – Suite 1100N
Boston, MA 02114
(617) 350-0950
jdavis@piercedavis.com
jwilusz@piercedavis.com

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on February 3, 2021.

/s/ Sara Elizabeth Burns
Sara Elizabeth Burns, Esq.